THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM KOTT, Appellant.

(Argued March 6, 1933; decided April 11, 1933.)

*David P. Siegel, Milton B. Seasonwein* and *Perry Ausschnitt* for appellant.

*Thomas C. T. Crain, District Attorney (Joshua Egelson,* of counsel), for respondent.

Judgment reversed and new trial ordered on the ground that the evidence adduced by the People was insufficient as matter of law to justify the submission of the case to the jury. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.